UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mei feng CHEN (A077 772 218),

        Plaintiff,

-against-

William Barr, U.S. Attorney General,
   U.S. Department of Justice
Kevin McAleenan, Acting Secretary
   U.S. Department of Homeland Security,
Kenneth T. Cuccinelli, Acting Director
   U.S. Citizenship and Immigration Service
Susan Quintana, Field Office Director,
   U.S. Citizenship & Immigration Services
   New York City District Office
Christopher Wray, Director,
   Federal Bureau of Investigation

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/2020

19 Civ. 11696 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The initial pretrial conference scheduled for February 20, 2020 is RESCHEDULED to **February 19, 2020**, at **11:40 a.m.** By **February 13, 2020**, the parties shall submit their joint letter and proposed case management plan.

    SO ORDERED.

Dated: February 11, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge